NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1549, -1550

ORTHO-MCNEIL PHARMACEUTICAL, INC.,

Plaintiff-Appellant,

v.

TEVA PHARMACEUTICALS INDUSTRIES, LTD.,
TEVA PHARMACEUTICALS USA, INC., and WATSON LABORATORIES, INC.,

Defendants-Appellees,

and

KALI LABORATORIES, INC., PAR PHARMACEUTICAL COMPANIES, INC.,
and PAR PHARMACEUTICAL, INC.,

Defendants,

CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendant-Appellee.

Appeals from the United States District Court for the District of New Jersey in case nos. 04-CV-886 and 06-CV-3533, Judge Dennis M. Cavanaugh.

ON MOTION

Before MOORE, Circuit Judge.

ORDER

Upon consideration of Apotex, Inc.'s motion for leave to file a brief amicus curiae in support of the appellees,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK

cc:   Constantine L. Trela, Jr., Esq.
      John L. North, Esq.
      James F. Hurst, Esq.
      Arnold B. Calmann, Esq.
      Steven E. Feldman, Esq.

s19